

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00058-CV

Gordon Dean Haley, Anton Scott Haley, Gordon Dean Haley as Independent Co-Executor of the Estate of Margaret L. Haley, and Anton Scott Haley as Independent Co-Executor of the Estate of Margaret L. Haley

v.

Beneficial Financial I Inc., Successor by Merger to Beneficial Texas, Inc.

On appeal from the
94th District Court of Nueces County, Texas
Trial Cause No. 2015DCV-1306-C

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court be affirmed. The Court orders the judgment of the trial court AFFIRMED. No costs are assessed as appellants filed affidavits of inability to pay costs.

We further order this decision certified below for observance.

June 28, 2019